IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:01-CR-34-GCM**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ERIC HENDERSON** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion.

Due to the representations being made by counsel for the parties, the supervised release violation hearing set for December 4, 2015 is hereby canceled. It will be re-set at a later date. Counsel are directed to contact the Court to advise when the underlying state charges have been disposed of.

**IT IS SO ORDERED.**

Signed: December 2, 2015

Graham C. Mullen
United States District Judge